IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRUBE CELERY & VEGETABLE CO., et al. | : |
| Plaintiffs | : |
| v. | :Civil No: 1:09-cv-4101 |
| | :Hon. James B. Zagel |
| CENTRAL MARKET LTD, et al. | : |
| Defendants | : |

**JOINT MOTION FOR ENTRY OF ORDER AND JUDGMENT**

Plaintiffs, Strube Celery & Vegetable Co. and JAB Produce, Inc., and defendants, Entourage Enterprises, Inc., George Pavlis, and Sotirios Pavlis, by and through undersigned counsel, jointly move the Court for entry of the Order and Judgment filed herewith.

Dated this 23rd day of December, 2009.

_____
George Pavlis, *Pro Se Defendant* and
as President of Defendant
Entourage Enterprises, Inc.
3640 North Central Avenue
Chicago, IL 60634
(773) 580-1074

_____
Sotirios Pavlis, *Pro Se Defendant* and
Vice President of Defendant
Entourage Enterprises, Inc.
3640 North Central Avenue
Chicago, IL 606034
(773) 580-1074

McCARRON & DIESS

_____
Mary Jean Fassett, #9078552
4900 Massachusetts Ave., NW #310
Washington, D.C. 20016
(202) 364-0400
mjf@mccarronlaw.com

and

LAW OFFICES OF WILLIAM B. KOHN

_____
William B. Kohn, #6196142  /s/ MJF with permission
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
(312) 553-1200
kohn@wbkohnlaw.com
Counsel for Plaintiffs

1

And

LAW OFFICES OF JAMES P. ANTONOPOULOS

_____
James P. Antonopoulos, #
5045 N. Harlem Avenue
Chicago, IL 60656-3501
773-631-2220
jpantonlaw@aol.com
Counsel for Entourage Enterprises, Inc.,
George Pavlis and Sotirios Pavlis